UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 21225
    RONALD JAMES
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-7497

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 08/13/2008 and was confirmed 10/23/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 01/15/2009.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SANTANDER CONSUMER USA | SECURED VEHIC | 15690.00 | .00 | .00 |
| SANTANDER CONSUMER USA | UNSECURED | 827.80 | .00 | .00 |
| CL CARLSON | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 550.22 | .00 | .00 |
| ETI FINANCIAL CORP | UNSECURED | NOT FILED | .00 | .00 |
| LITTLE CO HOSPITAL GRP | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF EMPLOYM | UNSECURED | NOT FILED | .00 | .00 |
| LITTLE CO MARY HOSP PROF | UNSECURED | NOT FILED | .00 | .00 |
| EVERGREEN EMERGENCY SERV | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 462.17 | .00 | .00 |
| SPECIFIED CREDIT ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| THE DIAMOND CENTER | UNSECURED | NOT FILED | .00 | .00 |
| IL STATE DISBURSEMENT UN | DSO ARREARS | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 2375.90 | .00 | .00 |
| IL STATE DISBURSEMENT UN | DSO ARREARS | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 27526.40 | .00 | .00 |
| US CELLULAR | UNSECURED | 282.04 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,474.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                        .00
SECURED                                         .00

                PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 21225 RONALD JAMES

```
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                        ----------------    ----------------
TOTALS                              .00                  .00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/05/09               /s/ Tom Vaughn
                              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE